Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter Foran Blvd., Suite 402
Flemington, NJ 08822
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 173.63.211.24,<br><br>                    Defendant. | Civil Action No. _____ |

**NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT**

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 10, 2014 | By:   /s/ *Patrick J. Cerillo*  <br>Patrick J. Cerillo, Esq. <br>Patrick J. Cerillo, LLC <br>4 Walter Foran Blvd., Suite 402 <br>Flemington, NJ 08822 <br>T: (908) 284-0997 <br>F: (908) 284-0915 <br>pjcerillolaw@comcast.net <br>*Attorneys for Plaintiff* |