UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LESLIE A. FARBER, LLC**
33 Plymouth Street, Suite 204
Montclair, NJ 07042
Ph. (973) 509-8500
Attorneys for Defendant John Doe subscriber assigned IP address 173.63.211.24

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>*Plaintiff,*<br><br>vs.<br><br>**JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 173.63.211.24,**<br><br>*Defendant.* | Hon. Jose L. Linares, U.S.D.J.<br><br>Case No. 2:14-cv-04337 (JLL) (JAD)<br><br><u>CIVIL ACTION</u><br><br>**NOTICE OF MOTION TO PROCEED ANONYMOUSLY AND FOR A PROTECTIVE ORDER**<br><br><u>Return Date</u>:  November 17, 2014<br><br>Document Filed Electronically |

TO:

    PATRICK J. CERILLO, ESQ.      Verizon Legal Compliance
    4 Walter Foran Boulevard, Suite 402      Custodian of Records
    Flemington, NJ 08822      P.O. Box 1001
        San Angelo, TX 76902
        Fax: (325) 949-6916

      PLEASE TAKE NOTICE that on **November 17, 2014**, at 10:00 a.m., or as soon thereafter as counsel be heard, defendant John Doe subscriber assigned IP address 173.63.211.24 shall move before the Hon. Jose L. Linares, U.S.D.J., at the United States District Court, Martin Luther King, Jr., Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, granting defendant's **Motion to Proceed Anonymously** and for a **Protective Order** in the above captioned matter, pursuant to Rule 5.2(e) and/or 26(c) of the Federal Rules of Civil Procedure, prohibiting any party from publicly disclosing any information relating to

defendant that plaintiff Malibu Media, LLC, receives in response to its Rule 45 subpoena issued to defendant's internet service provider ("ISP").

**Since the return date of this Motion is returnable after the October 30, 2014, return date of defendant's subpoena to Verizon seeking defendant's identity, and defendant could not have filed this Motion to be returnable before October 30, 2014, defendant requests that the Court enter an interim Order (1) barring plaintiff from amending its Complaint to substitute defendant's real name for John Doe until this Motion is ruled on, and (2) barring Verizon from responding to plaintiff's subpoena until this Motion is ruled on**.

Your response hereto is due within the applicable time period provided by the Federal Rules of Civil Procedure.

<u>Notice of Limited Appearance:</u>  Defendant has not been served with process in this case, and this Motion is not to be construed as a general appearance.  Defendant only makes this Motion as a special, limited appearance, and does not waive service of process by making this limited appearance.

PLEASE TAKE FURTHER NOTICE that defendant shall rely on the Brief, Certification and Exhibits annexed hereto.

Any opposition must be served and filed at least fourteen days prior to the return date of this motion.

                 LESLIE A. FARBER, LLC

            By: s/ Leslie A. Farber
Dated:  October 27, 2014        Leslie A. Farber